IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KAREN GUENIOT-KORNEGAY,                                          PLAINTIFF
Individually and on Behalf of All of the
Wrongful Death Beneficiaries of
MATTHEW DYLAN KORNEGAY

VS.                                              CIVIL ACTION NO. 3:10cv429 TSL-JMR

BLITZ U.S.A., INC., et al.                                       DEFENDANTS

AGREED ORDER OF DISMISSAL

THIS DAY this civil action came on to be heard on the joint motion of the parities for an order of dismissal with prejudice, and the court being advised that the parties consent to dismiss with prejudice all claims made or that could have been made, hereby dismisses all claims made or that could have been made, with prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that all claims made or that could have been made are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED this the 15th day of January, 2014.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

APPROVED:

For the Plaintiffs:

/s/Stacey L. Dungan
Diane M. Breneman, Esq.
Stacey L. Dungan, Esq.
BRENEMAN DUNGAN, LLC
929 Walnut, Suite 800
Kansas City, MO 64101

For the Defendant Discovery Plastics LLC:


/s/Robert P. Thompson
Robert P. Thompson
COPELAND, COOK, TAYLOR AND BUSH, P.A.
Post Office Box 6020
Ridgeland, MS 39158